JXH: 2021R00741
JTM 12.30.21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. LKG-22-0116 |
| v. | * |
| | * (Delay or Destruction of Mail or |
| TANIELLE ANTOINETTE HINES | * Newspapers, 18 U.S.C. § 1703(A); |
| | * Theft of Mail Matter by Officer or |
| | * Employee, 18 U.S.C. § 1709) |
| Defendant. | * |
| | * |

*******

## INDICTMENT

### COUNT ONE
(Delay or Destruction of Mail or Newspapers)

The Grand Jury for the District of Maryland charges that:

That between on or about September 3, 2021, and November 3, 2021, in the District of Maryland, the defendant,

**TANIELLE ANTOINETTE HINES**

an employee of the United States Post Office at the Baltimore, Maryland, Processing and Distribution Center, did destroy, detain, delay, or open any letter, postal card or mail entrusted to her, and which was intended to be conveyed by mail; to wit, by removing letters and mail from her processing machine without authorization and opening them, disposing of them to prevent discovery of her action, and ultimately preventing their delivery.

18 U.S.C. § 1703(a)

## COUNT TWO

### (Theft of mail Matter by Officer or Employee)

The Grand Jury for the District of Maryland charges that:

That between on or about September 3, 2021, and November 3, 2021, in the District of Maryland, the defendant,

**TANIELLE ANTOINETTE HINES**

an employee of the United States Post Office at the Baltimore, Maryland, Processing and Distribution Center, did steal or remove from letters or mail any article or thing contained therein and entrusted to her for the intention of its conveyance by mail; to wit, by removing letters and mail that were destined for delivery from her assigned processing machine, opening them, and then taking and keeping for herself the United States currency within.

18 U.S.C. § 1709

s/ Jason X. Hamilton for
EREK BARRON
UNITED STATES ATTORNEY

Erek Barron

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

4/5/2022
DATE

2